# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Person Under Supervision: | Jimmy Guidry | Case No.: | 4:08-CR-098-Y (07) |
| Name of Sentencing Judge: | Senior U.S. District Judge Terry R. Means | | |
| Date of Original Sentence: | September 15, 2009 | | |
| Original Offense: | Conspiracy to Possess With Intent to Distribute a Controlled Substance and to Possess a Controlled Substance With Intent to Distribute, 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A), a Class A felony | | |
| Original Sentence: | 240 months custody, 5-year term of supervised release (Custody sentence was reduced to 195 months on March 8, 2016) | | |
| Revocations: | None | | |
| Type of Supervision: | Supervised Release | Date Supervision To Begin: | November 4, 2022 |
| Assistant U.S. Attorney: | J. Michael Worley | Defense Attorney: | Mark R. Danielson (Court appointed) |

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Volunteers of America, 800 West Wintergreen Road, Hutchins, Texas, for a period of no more than 180 days, to be released at the direction of the probation officer. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the program review team and provided the defendant meets all the center's requirements.

### Cause

Jimmy Guidry is scheduled to begin his 5-year term of supervised release on November 4, 2022, in the Northern District of Texas, Dallas Division. At this time, Mr. Guidry has no viable release plan and is expected to release as homeless. It is respectfully requested that Mr. Guidry's conditions of supervised release be modified to include a placement at Volunteers of America, a residential re-entry center, for a period of no more than 180 days, to allow him an opportunity to save money and secure stable housing. Mr. Guidry has voluntarily agreed to the modification as indicated by his signature on the attached Waiver of Hearing form.

Jimmy Guidry
Request Modifying the Conditions or Term of Supervision
Case 4:08-cr-00098-Y   Document 1788   Filed 10/12/22   Page 2 of 3   PageID 11330

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on October 6, 2022
Respectfully submitted,

s/Mirela Kukolj
U.S. Probation Officer
Dallas
Phone:  469-805-4568

Approved,

s/Joseph Droege
Supervising U.S. Probation Officer
Phone:  214-765-4065

**Order of the Court:**

☐ No Action.

☐ The extension of supervision as noted above.

☒ To add to the conditions of supervision:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Volunteers of America, 800 West Wintergreen Road, Hutchins, Texas, for a period of no more than 180 days, to be released at the direction of the probation officer. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the program review team and provided the defendant meets all the center's requirements.

☐ Other or Additional:

Terry R. Means
U. S. District Judge

October 12, 2022
Date

MK

*Attachment

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.

Jimmy Guidry

Case No.: 4:08-CR-098 (7)

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Volunteers of America, 800 West Wintergreen Road, Hutchins, Texas, for a period of no more than 180 days, to be released at the direction of the probation officer. While there, the defendant will initially participate in its community corrections component, but may become eligible the last one-third of the term of confinement for placement in its prerelease component upon approval of the program review team and provided the defendant meets all the center's requirements.

Witness: _____
Mirela Kukolj
U.S. Probation Officer

Signed: _____
Jimmy Guidry
Supervised Releasee

Date: September 27, 2022

Page 1 of 1